HOLMES, Appellant, v. HENGER, Respondent. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by Artemas H. Holmes against Gustave B. Henger. L. C. Lewis, for appellant. H. W. Bean, for respondent. No opinion. Judgment and order affirmed, with costs.

HOLSKE, Appellant, v. SPIELMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by William H. Holske against Charles Spielman and others. A. Gruber, for appellant. C. E. Rushmore, for respondents. No opinion. Judgment and order affirmed, with costs.

HOTALING, Respondent, v. WITTMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Charles E. Hotaling against Caspar Wittman. No opinion. Judgment of the Municipal Court affirmed, with costs.

HOYT, Respondent, v. LYMAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 3, 1904.) Action by Newton O. Hoyt against Edwin P. Lyman and others.

PER CURIAM. Interlocutory judgment affirmed, with costs.

WILLIAMS and STOVER, JJ., dissent.

In re HUBER. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) In the matter of the application of Harry I. Huber for admission to the bar. No opinion. Application granted.

HUDSON v. ERIE R. CO. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by George C. Hudson against the Erie Railroad Company. No opinion. Leave to go to the Court of Appeals granted.

HUDSON RIVER TELEPHONE CO., Appellant, v. BARNES, Respondent. (Supreme Court, Appellate Division, Third Department. May 4, 1904.) Action by the Hudson River Telephone Company against William H. Barnes.

PER CURIAM. Judgment and order unanimously, affirmed, with costs.

HOUGHTON, J., not sitting.

HUDSON RIVER WATER POWER CO., Respondent, v. GLENS FALLS GAS & ELECTRIC LIGHT CO., Appellant (two cases). (Supreme Court, Appellate Division, Third Department. May 11, 1904.) Action by the Hudson River Water Power Company against the Glens Falls Gas & Electric Light Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SMITH, J., not voting.

HUDSON VAL. RY. CO. v. O'CONNOR et al. (Supreme Court, Appellate Division, Third Department. May 25, 1904.) Action by the Hudson Valley Railway Company against Thomas O'Connor and others. No opinion. Motion denied.

In re HULST. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) In the matter of the appeal of William W. Hulst, the plaintiff's attorney in the case of Margaret L. Heath against Annie E. Rolston. No opinion. Order affirmed, with $10 costs and disbursements.

HUNTINGTON et al. v. BACHE et al. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Arabella D. Huntington, as executrix, and another, against Jules S. Bache and others. No opinion. Sale stayed until the determination of this appeal.

HUTCHINSON, Respondent, v. YOUNG, Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by Archibald A. Hutchinson against John Alvin Young. No opinion. Motion for leave to appeal to the Court of Appeals denied.

INTERNATIONAL PAPER CO., Respondent, v. HUDSON RIVER WATER POWER CO. et. al., Appellants. (Supreme Court, Appellate Division, Third Department. May 11, 1904.) Action by the International Paper Company against the Hudson River Water Power Company and others. No opinion. Motion denied.

JACKSON, Appellant, v. JACKSON, Respondent. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by Mary F. Jackson against William H. Jackson. H. White, for appellant. C. W. Pierson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

JACKSON, Appellant, v. TAILER, Respondent. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by Mary E. Jackson against Robert W. Tailer, as executor. C. A. Jackson, for appellant. E. B. Whitney, for respondent. No opinion. Judgment affirmed, with costs, on the opinion of the court below. 83 N. Y. Supp. 567.

JENKINS, Respondent, v. JEWELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by Lillian G. Jenkins against Angeline Jewell. No opinion. Judgment affirmed, with costs.

JOERGER v. ENNIS et al. (Supreme Court, Appellate Division, First Department. May 13, 1904.) Action by George W. Joerger against Thomas A. Ennis and others. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

JOHN H. MAHNKEN CO., Respondent, v. PELLETREAU, Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by the John H. Mahnken Company against Vennette F. Pelletreau. No opinion. The order as signed is in accordance with the actual decision of the court. Motion denied.